# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600
Contact@ParkerHanski.com

August 24, 2020

**MEMO ENDORSED**

<u>Via ECF</u>
The Honorable Nelson S. Roman
United States District Judge
Southern District of New York

**Re:**   *Katarzyna Cichon v. Men at Work 85 North Realty, LLC and Men at Work 85 North, LLC*

**Docket No. 7:19-cv-05839 (NSR)(PED)**

Dear Judge Roman:

We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to <u>extend the deadline for the parties to seek to restore this action from August 28, 2020 to September 28, 2020.</u>  The reason for this request is because the parties are still finalizing the settlement documents and need the additional time to finalize.  This is the first application to extend the deadline and all parties consent.  Thank you for your time and attention to this matter.  With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

The application is granted. The Clerk of the Court is directed to terminate the motion at ECF No. 39.

Dated: August 25, 2020
White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _08/25/2020_